MATTHEW W. CLOSE (S.B. #188570)
mclose@omm.com
BRITTANY ROGERS (S.B. #274432)
brogers@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California  90071-2899
Telephone:     (213) 430-6000
Facsimile:      (213) 430-6407

DANIELLE N. OAKLEY (S.B. #246295)
doakley@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California  92660-6429
Telephone:     (949) 823-6900
Facsimile:      (949) 823-6994

Attorneys for Defendant
Bank of America, N.A.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE

| | |
|---|---|
| JAMES FOREMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 5:18-CV-01375-BLF<br><br>**DEFENDANT BANK OF AMERICA, N.A.'S SUPPLEMENTAL DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-15** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Defendant Bank of America, N.A. hereby provides the following Certification of Interested Entities:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that: Bank of America, N.A. is wholly owned by BANA Holding Corporation ("BANA Holding"). BANA Holding is a direct, wholly owned subsidiary of BAC North America Holding Company ("BACNAH"). BACNAH is a direct, wholly owned subsidiary of NB Holdings Corporation ("NB Holdings"). NB Holdings is a direct, wholly owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: BANA Holding, BACNAH, NB Holdings, and Bank of America Corporation.

Dated: August 2, 2019

Respectfully submitted,

MATTHEW W. CLOSE
DANIELLE N. OAKLEY
O'MELVENY & MYERS LLP

By:   *s/ Danielle N. Oakley*
   Danielle N. Oakley
Attorneys for Defendant
Bank of America, N.A.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 2nd day of August, 2019.

*s/ Danielle N. Oakley*
Danielle N. Oakley

- i -